Lauren M. Rule (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
lrule@advocateswest.org

Erik B. Ryberg (AZB # 023809)
445 W. Simpson Street
Tucson, AZ 85701
(520) 622-3333
ryberg@seanet.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT,<br><br>    Plaintiff,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | Case No.: 08-cv-1472-MHM<br><br>**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND INJUNCTION**<br><br>**Oral Argument Requested** |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 7.2 and 56.1, Plaintiff Western Watersheds Project hereby moves this Court for summary judgment that Defendant Bureau of Land Management ("BLM") violated the Sonoran Desert National Monument Proclamation, Presidential Proclamation No. 7397, and the Administrative Procedure Act, 5 U.S.C. § 706. Specifically, Western Watersheds Project requests the Court:

(1) adjudge and declare that the BLM has unreasonably delayed: (a) its determination of whether livestock grazing is compatible with the purpose of protecting the natural and historic resources on the Sonoran Desert National Monument, and (b) its resource management plan for the Sonoran Desert National Monument, in violation of

the Sonoran Desert National Monument Proclamation and section 706(1) of the Administrative Procedure Act; and

(2) adjudge and declare that BLM has unlawfully reauthorized livestock grazing on the monument through grazing permit renewals and annual authorizations without determining that such grazing is compatible with the purpose of protecting the monument resources, in violation of the Sonoran Desert National Monument Proclamation and section 706(2) of the Administrative Procedure Act.

Summary judgment is appropriate as these claims involve no genuine dispute of material fact, and Plaintiff is entitled to judgment as a matter of law.

In addition, Western Watersheds Project is simultaneously moving for injunctive relief pursuant to Federal Rule of Civil Procedure 65 should the Court grant summary judgment in its favor. Western Watersheds Project respectfully moves this Court to grant the following injunctive relief to remedy the BLM's violations of law and avoid further ecological harm to the resources on the Sonoran Desert National Monument:

(1) Order the BLM to complete the required compatibility determination for the Arnold, Beloat, Hazen, Conley, Lower Vekol, and Big Horn grazing allotments on the Sonoran Desert National Monument within six months;

(2) Order the BLM to adopt a final resource management plan for the Sonoran Desert National Monument within one year;

(3) Set aside the renewed grazing permits and annual authorizations for the Arnold, Beloat, Hazen, Conley, Lower Vekol, and Big Horn allotments, enjoin BLM from renewing the Big Horn allotment grazing permit, which expires February 28, 2009, and enjoin any further grazing on these allotments until BLM properly completes and implements a compatibility determination for each of these allotments.

This requested relief is necessary to remedy BLM's legal violations and to prevent further irreparable harm to soils, native vegetation, wildlife, and historic resources on the Sonoran Desert National Monument. Considerations of balancing harms and the public interest also weigh strongly in favor of this relief. Plaintiff is seeking immediate

injunctive relief to be in place by February 28, 2009 before expiration of the Big Horn allotment permit and the next perennial and ephemeral grazing seasons, which usually begin in February.

Pursuant to Rule 65(c), Western Watersheds Project also requests that this Court wave any bond requirement, or impose only a nominal bond not to exceed $100, in light of the public interest nature of this lawsuit.

This motion is supported by the accompanying Plaintiff's Separate Statement of Undisputed Material Facts; Opening Brief in Support of Motion for Summary Judgment and Injunction; the Declarations of Peter Morrison, Michael Connor, and Greta Anderson, and all exhibits attached thereto; the First Amended Complaint in this matter; and such other material that may be presented to the Court before decision hereon.

WHEREFORE, Western Watersheds Project requests that this Court grant this Motion for Summary Judgment and Injunction.

Dated this 27th day of October, 2008

/s/Lauren M. Rule
Lauren M. Rule (ISB # 6863)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
lrule@advocateswest.org

/s/Erik B. Ryberg
Erik B. Ryberg (AZB # 023809)
445 W. Simpson Street
Tucson, AZ 85701
(520) 622-3333
ryberg@seanet.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of October 2008, I caused a true and correct copy of the foregoing MOTION FOR SUMMARY JUDGMENT AND INJUNCTION to be electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following counsel of record in this matter:

    Donna S. Fitzgerald
    Donna.Fitzgerald@usdoj.gov

    Richard Glenn Patrick
    richard.patrick@usdoj.gov

    Erik B. Ryberg
    ryberg@seanet.com

     s/Lauren M. Rule
    Lauren M. Rule (ISB # 6863)