Lauren M. Rule (ISB # 6863), *pro hac vice*
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
lrule@advocateswest.org

Erik B. Ryberg (AZB # 023809)
445 W. Simpson Street
Tucson, AZ 85701
(520) 622-3333
ryberg@seanet.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, | Case No.: 08-cv-1472-MHM |
| Plaintiff, | |
| vs. | **PLAINTIFF'S MOTION FOR INJUNCTIVE RELIEF** |
| BUREAU OF LAND MANAGEMENT, | **Oral Argument Requested** |
| Defendant. | |

Western Watersheds Project ("WWP") is moving for injunctive relief pursuant to Federal Rule of Civil Procedure 65. WWP respectfully moves this Court to grant the following injunctive relief to remedy the BLM's violations of law, as set forth in WWP's motion for summary judgment in this matter (Docket No. 10), and to avoid further ecological harm to the resources on the Sonoran Desert National Monument:

(1) Order the BLM to complete the required compatibility determination for the Arnold, Beloat, Hazen, Conley, Lower Vekol, and Big Horn grazing allotments on the Sonoran Desert National Monument within six months;

(2) Order the BLM to adopt a final resource management plan for the Sonoran Desert National Monument within one year;

(3) Set aside the renewed grazing permits and annual authorizations for the Arnold, Beloat, Hazen, Conley, Lower Vekol, and Big Horn allotments, enjoin BLM from renewing the Big Horn allotment grazing permit, which expires February 28, 2009, and enjoin any further grazing on these allotments until BLM properly completes and implements a compatibility determination for each of these allotments.

This requested relief is necessary to remedy BLM's legal violations and to prevent further irreparable harm to soils, native vegetation, wildlife, and historic resources on the Sonoran Desert National Monument. Considerations of balancing harms and the public interest also weigh strongly in favor of this relief. Plaintiff is seeking injunctive relief to be in place by February 28, 2009 before expiration of the Big Horn allotment permit and the next perennial and ephemeral grazing seasons, which usually begin in February.[1]

Pursuant to Rule 65(c), Western Watersheds Project also requests that this Court wave any bond requirement, or impose only a nominal bond not to exceed $100, in light of the public interest nature of this lawsuit.

This motion is supported by the accompanying Plaintiff's Opening Brief in Support of Motion for Injunctive Relief; Plaintiff's Motion for Summary Judgment and Opening Brief in Support of Motion for Summary Judgment; the Declarations of Peter Morrison, Michael Connor, and Greta Anderson, and all exhibits attached thereto; the First Amended Complaint in this matter; and such other material that may be presented to the Court before decision hereon.

WHEREFORE, Western Watersheds Project requests that this Court grant this Motion for Injunctive Relief.

Dated this 31st day of October, 2008

---

[1] If it is not possible to get rulings on WWP's motion for summary judgment and motion for permanent injunction by that date, WWP may request that the Court treat this motion as a preliminary injunction motion in order to prevent further harm from occurring during the next grazing season while the Court decides WWP's summary judgment motion.

        /s/Lauren M. Rule
Lauren M. Rule (ISB # 6863)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)
lrule@advocateswest.org

        /s/Erik B. Ryberg
Erik B. Ryberg (AZB # 023809)
445 W. Simpson Street
Tucson, AZ 85701
(520) 622-3333
ryberg@seanet.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2008, I caused a true and correct copy of the foregoing MOTION FOR INJUNCTIVE RELIEF to be electronically filed with the Clerk of the Court using the CM/ECF System which sent notification of such filing to the following counsel of record in this matter:

    Donna S. Fitzgerald
    Donna.Fitzgerald@usdoj.gov

    Richard Glenn Patrick
    richard.patrick@usdoj.gov

    Erik B. Ryberg
    ryberg@seanet.com

        s/Lauren M. Rule
        Lauren M. Rule (ISB # 6863)